# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

——————————————————

Case No. 5D2025-0584
L.T. Case No. 2017-300622-CFDB

——————————————————

DOMINIC KENDRELL NEELEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

——————————————————

3.850 Appeal from the Circuit Court for Volusia County.
Dawn D. Nichols, Judge.

Michael Ufferman, of Michael Ufferman Law Firm, P.A., Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Robin A. Compton, and Daniel P. Caldwell, Assistant Attorneys General, Daytona Beach, for Appellee.

June 23, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and KILBANE and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____